IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT KAISER,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE
COMPANY, d/b/a MUTUAL OF OMAHA
and GROUP LONG-TERM DISABILITY
POLICY GLTD-AMMA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-762-wmc

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Robert Kaiser granting his motion for summary judgment.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered awarding plaintiff attorney fees and costs in the total amount $82,140.84.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 11/4/2016 |
| Peter Oppeneer, Clerk of Court | Date |